IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| ROBERT FERGUSON, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-01576-E |
| | § | |
| SERVICENOW, INC., | § | |
| | § | |
| Defendant. | § | |

### JUDGMENT

This Judgment is entered pursuant to the Court's Order Compelling Arbitration of this same date.

It is therefore ORDERED, ADJUDGED, AND DECREED that the claims asserted by Robert Ferguson against Defendant ServiceNow, Inc. shall be arbitrated and this action is dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED**; signed October 22, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE